Phil Brockett, OSB ID Number 02013
philbrockett@bendlegal.com
Phil Brockett
P.O. Box 96
Bend, OR 97709-0096
Telephone No. (541)550-8781
Attorney for Plaintiff Glenda M. Hill


UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

GLENDA M. HILL

                    Plaintiff,

                                        Case No.: 6:11-CV-06405-TC

v.

                                                    ORDER GRANTING
COMMISSIONER, SOCIAL SECURITY          PLAINTIFF'S UNOPPOSED
ADMINISTRATION,                        MOTION TO DISMISS

                    Defendant.

---

    This case is DISMISSED with prejudice, with leave to reinstate within 60 days

upon motion of the Plaintiff.  If a motion to reinstate is filed, it shall be accompanied

either by the filing fee or by a properly completed Application to Proceed without

Prepayment of Fees and Affidavit.

IT IS SO ORDERED.

Dated: __8|24|12__                    By: _____
                                          Hon. Thomas M. Coffin
                                          U.S. Magistrate Judge


            ORDER GRANTING
PLAINTIFF'S  UNOPPOSED MOTION TO DISMISS - 1

Dated: August 23, 2012

SUBMITTED BY:

s/ Phil Brockett

PHIL BROCKETT
OSB ID Number 02013
(541) 550-8781
Attorney for Plaintiff Glenda M. Hill

ORDER GRANTING
PLAINTIFF'S  UNOPPOSED MOTION TO DISMISS - 2