Phil Brockett, OSB ID Number 02013
philbrockett@bendlegal.com
Phil Brockett
P.O. Box 96
Bend, OR 97709-0096
Telephone No. (541)550-8781
Attorney for Plaintiff Glenda M. Hill

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

GLENDA M. HILL

       Plaintiff,

           Case No.: 6:11-CV-06405-TC

v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

       ORDER GRANTING
       PLAINTIFF'S UNOPPOSED
       MOTION TO DISMISS

       Defendant.

---

  This case is DISMISSED with prejudice, with leave to reinstate within 60 days upon motion of the Plaintiff. If a motion to reinstate is filed, it shall be accompanied either by the filing fee or by a properly completed Application to Proceed without Prepayment of Fees and Affidavit.

IT IS SO ORDERED.

Dated: 8/24/12      By: _____
              Hon. Thomas M. Coffin
              U.S. Magistrate Judge

Dated: August 23, 2012                SUBMITTED BY:

<div style="margin-left: 40%;">
s/ Phil Brockett  
PHIL BROCKETT  
OSB ID Number 02013  
(541) 550-8781  
Attorney for Plaintiff Glenda M. Hill
</div>

ORDER GRANTING  
PLAINTIFF'S UNOPPOSED MOTION TO DISMISS - 2